**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:

Safford v. City of Chicago, et al.,

**08 C 621**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mario Safford

**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
| --- |
| Daniel P. Kiss |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Daniel P. Kiss |

| FIRM  Law Offices of Lawrence V. Jackowiak |
| --- |

| STREET ADDRESS  20 North Clark Street, Suite 1700 |
| --- |

| CITY/STATE/ZIP  Chicago, Illinois 60602 |
| --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6256211 | TELEPHONE NUMBER  312-795-9595 |
| --- | --- |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |