UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO SAFFORD, ) | |
| ) | Case No. 08 C 621 |
| Plaintiff, ) | |
| ) | Judge Kennelly |
| vs. ) | |
| ) | Magistrate Judge Mason |
| CITY OF CHICAGO, ) | |
| Chicago Police Officers ) | Jury Trail Demand |
| ELIEL ROA, Star 8618, ) | |
| JERRY DOSKOCZ, Star 6573, ) | |
| and Unknown Chicago Police Officers ) | |
| John Does and Jane Roes 1-10; ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT OFFICERS' MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Jerry Doskocz and Eliel Roa (Defendant Officers) by and through one of their attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time, up to and including April 18, 2008, in which to answer or otherwise plead to the Complaint. In support of this motion, Defendants state:

1. This matter was filed by the Plaintiff on January 29, 2008.

2. Summons and Complaint were served on Defendant Doskocz on March 3, 2008. Summons and Complaint were served on Defendant Roa also on March 3, 2008.

3. The undersigned filed an appearance for the Defendant Officers on this day, March 25, 2008.

4. Defendant Officers' answer or other responsive pleading is due on or about March 24, 2008.

5. The undersigned has not yet been able to review materials pertinent to the allegations in order to be able to file an Answer or other responsive pleading. Nor has the undersigned been able to meet with the defendants to discuss the Complaint or a responsive pleading.

6. The Defendant Officers request that the time to answer or file a responsive pleading to the Complaint be extended thirty days, up to and including April 18, 2008.

7. This motion is Defendant Officers' first request for an extension of time to answer or otherwise plead. Such a request is not intended to unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants Doskocz and Roa, respectfully requests that they be given until April 18, 2008, to answer or otherwise plead to plaintiffs' Complaint.

Respectfully submitted,


 s/ Matthew R. Hader_____
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330

**CERTIFICATE OF SERVICE**

I, Matthew R. Hader, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT OFFICERS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** to be sent via e-filing to the person(s) named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on March 25, 2008, in accordance with the rules on electronic filing of documents.

    s/ Matthew R. Hader_____
MATTHEW R. HADER
Assistant Corporation Counsel