UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO SAFFORD,  ) | |
| ) | Case No. 08 C 621 |
| Plaintiff, ) | |
| ) | Judge Kennelly |
| vs. ) | |
| ) | Magistrate Judge Mason |
| CITY OF CHICAGO, ) | |
| Chicago Police Officers ) | Jury Trail Demand |
| ELIEL ROA, Star 8618, ) | |
| JERRY DOSKOCZ, Star 6573, ) | |
| and Unknown Chicago Police Officers ) | |
| John Does and Jane Roes 1-10; ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Lawrence V. Jackowiak
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, IL 60602
      (312) 795-9595

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in her place or stead, on the 1st day of April, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

   **DATED** at Chicago, Illinois this 25th day of March, 2008.

                                    Respectfully Submitted,

                                     s/ Matthew R. Hader
30 North La Salle St., Ste. 1400    MATTHEW R. HADER
Chicago, Illinois 60602             Assistant Corporation Counsel
312.742.9586
Atty. No. 06284330