UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO SAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 621 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Kennelly |
| Chicago Police Officers | ) | |
| ELIEL ROA, Star 8618, | ) | Magistrate Judge Mason |
| JERRY DOSKOCZ, Star 6573, and | ) | |
| Unknown Chicago Police Officers | ) | Jury Demand |
| John Does and Jane Roes 1-10; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY'S AGREED MOTION TO FILE INSTANTER ITS ANSWER TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 17th day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 14th day of April, 2008.

                                                MARA S. GEORGES
                                                Corporation Counsel
                                                of the City of Chicago

BY:       /s/ Helen C. Gibbons
               HELEN C. GIBBONS
               Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 6292881