UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO SAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 621 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Kennelly |
| Chicago Police Officers | ) | |
| ELIEL ROA, Star 8618, | ) | Magistrate Judge Mason |
| JERRY DOSKOCZ, Star 6573, and | ) | |
| Unknown Chicago Police Officers | ) | Jury Demand |
| John Does and Jane Roes 1-10; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 16 day of April, 2008.

                MARA S. GEORGES
                Corporation Counsel
                of the City of Chicago

BY:   /s/ Helen C. Gibbons
      HELEN C. GIBBONS
      Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 6292881