IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO SAFFORD, | ) | |
| | ) | Case No. 08 C 621 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, Chicago Police Officers | ) | |
| ELIEL ROA, Star 8618, JERRY DOSKOCZ, | ) | Jury Trial Demanded |
| Star 6573, and Unknown Chicago Police | ) | |
| Officers John Does and Jane Roes 1-10; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, IL 60602
(312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 18th day of April, 2008.

Respectfully Submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
312.742.9586
mhader@cityofchicago.org
Atty. No. 06284330