**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mario Safford

                     Plaintiff,

v.                                          Case No.: 1:08−cv−00621
                                             Honorable Matthew F. Kennelly

City of Chicago, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 5/8/2008 with attorneys for all parties. The City is ordered to produce the "cr" file to plaintiff by no later than 5/22/2008. Status hearing continued to 6/10/2008 at 09:00 AM. Plaintiff is granted leave to file an amended complaint, naming additional defendants by 6/2/2008, with summons to issue. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.