IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO SAFFORD, | ) | 08 C 0621 |
| | ) | |
| Plaintiff, | ) | Judge Kennelly |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO**:  Lawrence V. Jackowiak                     Matthew Hader
         Law Offices of Lawrence V. Jackowiak      Assistant Corporation Counsel
         20 North Clark Street, Suite 1700         30 North LaSalle Street, Suite 1400
         Chicago, Illinois 60602                   Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on May 15, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **MOTION FOR ENTRY OF A PROTECTIVE ORDER,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **May 21, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 15th day of May, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408