# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 621 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Mario Safford vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' joint motion for entry of a protective order is granted. Defendants are directed to submit an electronic copy of the order, using the instructions on Judge Kennelly's web page.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|