AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mario Safford,

              V.

City of Chicago, et al.,

CASE NUMBER:    08 C 621

ASSIGNED JUDGE:    Kennelly

DESIGNATED
MAGISTRATE JUDGE:    Mason

TO: (Name and address of Defendant)

Chicago Police Officer Phillip Orlando, star 2208
Attn: Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 2 9 2008

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 5·30·2008 |
| NAME OF SERVER (PRINT) Edyta McFarland | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via certified mail to the Office of Legal Affairs at the Chicago Police Department: 3510 South Michigan Ave Chicago, IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/30/2008
Date

Signature of Server: Edyta McFarland

LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.