IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO SAFFORD, | ) | |
| | ) | Case No. 08 C 621 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, Chicago Police Officers | ) | |
| ELIEL ROA, Star 8618, JERRY DOSKOCZ, | ) | Jury Trial Demanded |
| Star 6573, JOSEPH GUNNING, Star 10547, | ) | |
| KENNETH FLAHERTY, Star 13584, JESSE | ) | |
| ARROYO, Star 18348, PHILLIP ORLANDO, | ) | |
| Star 2208, LUIS SALDANA, Star 10316, | ) | |
| and JAIRO VALERIANO, Star 10649. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

TO:   Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, IL 60602
(312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE THEIR ANSWER, INSTANTER,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 8th day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 1st day of July, 2008.

Respectfully Submitted,

30 North La Salle Street, Suite 1400          s/ Matthew R. Hader
Chicago, Illinois 60602                       MATTHEW R. HADER
(312) 742-9586                                Assistant Corporation Counsel
matt.hader@cityofchicago.org
Atty. No. 06284330