# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0621 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Safford vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Defendants' joint unopposed motion for leave answer instanter is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|