IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO SAFFORD, ) | | |
| ) | Case No. 08 C 621 | |
| Plaintiff, ) | | |
| ) | Judge Kennelly | |
| vs. ) | | |
| ) | Magistrate Judge Mason | |
| CITY OF CHICAGO, Chicago Police Officers ) | | |
| ELIEL ROA, Star 8618, JERRY DOSKOCZ, ) | Jury Trial Demanded | |
| Star 6573, JOSEPH GUNNING, Star 10547, ) | | |
| KENNETH FLAHERTY, Star 13584, JESSE ) | | |
| ARROYO, Star 18348, PHILLIP ORLANDO, ) | | |
| Star 2208, LUIS SALDANA, Star 10316, ) | | |
| and JAIRO VALERIANO, Star 10649. ) | | |
| ) | | |
| Defendants. ) | | |

### NOTICE OF FILING

TO:   Lawrence V. Jackowiak
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, IL 60602
      (312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' JOINT ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF"S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 8th day of July, 2008.

Respectfully Submitted,

s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330