# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 621 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Safford vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held. Settlement does not appear to be possible at this time. Deadline for amending pleadings and adding parties is 12/3/08. All discovery ordered closed 3/3/09. The parties do not contemplate, at this time, using experts for whom Rule 26(a)(2)(B) disclosures would be required. Status hearing set to 12/4/08 at 9:30 a.m. The parties should be prepared to report at that time whether their views regarding experts have changed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|